# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| TRAVIS BILLINGS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-36 |
| | * | |
| v. | * | |
| | * | |
| STEVE UPTON; RICKY STONE; and | * | |
| MITCHELL RICKETSON, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants' Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

**SO ORDERED**, this \_\_\_12\_\_\_ day of \_\_\_May\_\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA